UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| GEORGE B. CARPENTER, an individual, ) | 2:09-CV-01962PMP-LRL |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| U.S. FINANCIAL LIFE INSURANCE COMPANY, an Ohio corporation, ) | |
| Defendant. ) | |

The Court having been advised that the parties have reached a settlement in this case, but will require additional time to effect a Stipulation for Dismissal as a result of the settlement, and good cause appearing,

**IT IS ORDERED that** the parties shall have to and including **September 27, 2011,** within which to file a stipulation for dismissal.

**IT IS FURTHER ORDERED that** all other deadlines previously imposed in this case are hereby suspended pending receipt of the Stipulation for Dismissal of the parties.

DATED: July 28, 2011.

_Philip M. Pro_
PHILIP M. PRO
United States District Judge