JOSEPH P. HARDY
Nevada Bar No. 7370
GORDON & REES LLP
3770 Howard Hughes Pkwy., Suite 100
Las Vegas, Nevada 89169
Telephone: (702) 577-9300
Facsimile: (702) 255-2858
Email: jhardy@gordonrees.com

Attorneys for Defendant
U.S. FINANCIAL LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE C. SWARTS, CPA, as Special Administrator of the Estate of GEORGE B. CARPENTER, deceased,<br><br>                        Plaintiff,<br><br>vs.<br><br>U.S. FINANCIAL LIFE INSURANCE COMPANY, an Ohio corporation,<br><br>                        Defendant. | Case No.: 2:09-cv-01962-PMP-LRL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

COME NOW, Plaintiff GEORGE C. SWARTS, CPA, as Special Administrator of the Estate of George B. Carpenter, deceased, by and through his counsel STEVEN J. PARSONS, of the Law Offices of Steven J. Parsons, and Defendant U.S. FINANCIAL LIFE INSURANCE COMPANY, by and through its counsel JOSEPH P. HARDY, of the law firm of Gordon & Rees LLP, and hereby stipulate that the above-entitled matter be dismissed in its entirety with prejudice, each party to bear its own fees and costs.

/ / /

/ / /

/ / /

/ / /

/ / /

-1-

Trial in this matter has not been set and no motions are pending.

DATED this 12th day of September, 2011.    DATED this 12th day of September, 2011.

GORDON & REES LLP    LAW OFFICES OF STEVEN J. PARSONS

By: /s/ Joseph P. Hardy    By: /s/ Steven J. Parsons
    JOSEPH P. HARDY                STEVEN J. PARSONS
    Nevada Bar No. 7370            Nevada Bar No. 363
    3770 Howard Hughes Parkway, Suite 100    7201 W. Lake Mead Boulevard, Ste 108
    Las Vegas, Nevada  89169       Las Vegas, Nevada  89128

*Attorneys for Defendant U.S. Financial*    *Attorney for Plaintiff*
*Life Insurance Co.*

**ORDER**

IT IS SO ORDERED:

_____
PHILIP M. PRO, U.S. DISTRICT JUDGE

Dated: September 13, 2011

-2-